IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH JHARRELL@VETERANSCLUBINC.ORG, STORED AT PREMISES CONTROLLED BY RACKSPACE INC. AND GODADDY INC. | Case No.  23-MJ-5194-MAS <br><br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Remington Schilling, being duly sworn, hereby depose and state as follows:

**Affiant's Background**

1.       I am a Special Agent with the U.S. Department of Veteran Affairs ("VA"), Office of the Inspector General ("VA OIG"), and I have been so employed since 2018. I am currently assigned to the Nashville Resident Agency in Nashville, Tennessee. Before joining the VA OIG, I was employed for approximately four years as a Special Agent with the U.S. Secret Service in Santa Ana, California. During my law enforcement career, I have received extensive law enforcement training. This training has included completing the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the U.S. Secret Service Special Agent Training Course. More specifically, my law enforcement training has included training regarding various types of fraud, and theft of public money, property, and records.

2.       In addition to my training, I have experience investigating various fraud schemes. I have participated in several fraud investigations as a case agent and in a subsidiary role. I have debriefed defendants, informants, and witnesses who had personal knowledge about fraud schemes and activities. I have participated in many aspects of fraud investigations, including the review of financial records, conducting surveillance, using confidential informants, and acting in

an undercover capacity. During my law enforcement career, I have also participated in the preparation and/or execution of numerous search warrants.

**Purpose of Affidavit**

3.    This affidavit is made in support of an application for a search warrant under Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require the provider **Rackspace Inc** to disclose to the government copies of information (including content of communications) further described at Section I of Attachment A associated with email account jharrell@veteransclubinc.org that is stored at premises controlled by **Rackspace Inc** a company that is headquartered at 1 Fanatical Place, San Antonio, TX 78218.

4.    In addition, this affidavit is made in support of an application for a search warrant under Title 18, United States Code, Sections 2703(a), 2703 (b)(1)(A), and 2703 (c)(1)(A) to require the provider **GoDaddy Inc** to disclose to the government copies of information (including content of communications) further described at Section I of Attachment B associated with email account jharrell@veteransclubinc.org that is stored at premises controlled by **GoDaddy Inc** a company that is headquartered at 2155 E. GoDaddy Way Tempe, AZ 85284.

5.    The information to be searched is described below and at Attachment A and Attachment B, which is hereby incorporated by reference.  The particular things to be seized are described below and at Attachment C, which is also hereby incorporated by reference.

6.    Based on the information in this Affidavit, there is probable cause to believe the search of the email account identified in Attachment A and Attachment B for material specified in Attachment C will uncover evidence of a crime, namely, benefits fraud in violation of Title 18, United States Code, Section 641 (Theft of Government Funds).

7.      Information in this Affidavit is based upon my personal involvement in the case, law enforcement reports, records, interviews, and information from other law enforcement agents my experience and training, and the experience of other agents. Because of its limited purpose, this Affidavit does not contain all facts known to me or other law enforcement officers about this ongoing investigation.  Specifically, your Affiant sets forth only those facts necessary to establish probable cause.

8.      Unless otherwise noted, statements below are outlined in substance and in part rather than verbatim.  Likewise, all dollar amounts below are approximations based on an ongoing financial investigation.

9.      VA provides medical benefits and monetary compensation benefits to veterans of the United States who incurred an injury while in service with the United States Armed Services. VA assigns a disability rating for each awarded service-connected condition based on level and severity.  Multiple awarded disability ratings are calculated to provide an overall "combined rating" using a table located in 38 CFR §4.25

10.     VA disability ratings are used to determine how much compensation a veteran will receive, set by a Congressional mandate.  An additional amount of compensation may be payable to a spouse, child, or dependent parent when the veteran has a combined rating of 30% or more.  Annually, VA makes the cost-of-living adjustments to the compensation benefit.

11.     Individual Unemployability (IU) is part of the VA's disability compensation program that allows the VA to pay certain veterans at the 100% disabled rate, even though the VA has not rated their service-connected disabilities at the 100% level. The veteran must have: One service-connected disability ratable at 60% or more, two or more service-connected disabilities with at least one disability at 40% or more, and a combined rating of 70% or more.

IU disability benefit payments is money and a thing of value to the United States and any department or agency.

12.     To be eligible for IU benefits, the veteran must be unable to maintain substantial gainful employment because of their service-connected disabilities. Per 38 CFR § 4.16(a), "marginal employment is not considered substantial gainful employment[1] and generally shall be deemed to exist when a veteran's annual income does not exceed the amount established by United States Department of Commerce, Bureau of the Census, as the poverty threshold for one person[2]. Marginal employment may also be held to exist on facts found (includes but is not limited to employment in a protected environment such as a family business or sheltered workshop) basis when earned annual income exceeds the poverty threshold.  Consideration shall be given in all claims to the nature of the employment, or (if any) reason for termination."

13.     According to a VA Disability Rating Specialist, the VA does not primarily use veteran income levels as a determination as to whether the veteran is eligible for IU because the core of IU is a disability-based benefit. In cases when the veteran has marginal or substantial gainful employment, the VA will partially consider the level of payments or income associated with the marginal or substantial gainful employment. To determine entitlement for a total disability rating for IU compensation, the veteran must be unemployable, meaning that the veteran is unable to secure or follow substantially gainful employment, based on the veteran's service-connected disability. Veterans receiving IU must be incapable of substantial employment due to service-connected disability. If the veteran voluntarily chooses not to work at substantial gainful levels or chooses to work but does not receive payment for their work, the veteran would

[1] Substantially gainful employment is defined as employment at which non-disabled individuals earn their livelihood with earnings comparable to the particular occupation in the community where the veteran resides.
[2] The 2023 poverty guidelines state the poverty threshold for one person is $14,580.

not be entitled to IU based on not meeting the disability criteria. For the instances of this case, the disability rating is at a 70 percent disability rating.

14.     According to 38 CFR 4.130 the VA disability criteria at a 70 percent disability rating, the following must be demonstrated: Occupational and social impairment, with deficiencies in most areas, such as work, school, family relations, judgment, thinking, or mood, due to such symptoms as: suicidal ideation; obsessional rituals which interfere with routine activities; speech intermittently illogical, obscure, or irrelevant; near-continuous panic or depression affecting the ability to function independently, appropriately and effectively; impaired impulse control (such as unprovoked irritability with periods of violence); spatial disorientation; neglect of personal appearance and hygiene; difficulty in adapting to stressful circumstances (including work or a work like setting); inability to establish and maintain effective relationships.

15.     To obtain a service-connected disability rating, a veteran must initiate the process by filing a VA disability claim by filing a VA Form 21-526EZ – Application for Disability Compensation and Related Compensation Benefits.

16.     To obtain an IU disability rating, a veteran must submit a VA Form 21-8940 Veterans Application for Increased Compensation Based Unemployability. The IU rating is a separate benefit added to the service-connected disability rating. The VA Form 21-8940 is required to obtain IU disability benefits. The VA Form 21-8940 within Section IV contains two statements about the information the veteran was certifying. The first statement is the Certification of Statements stating, "I certify that as a result of my service-connected disabilities, I am unable to secure or follow any substantially gainful occupation and that the statements in this application are true and complete to the best of my knowledge and belief. I understand that

these statements will be considered in determining my eligibility for VA benefits on unemployability because of a service-connected disability." The second statement states, "I understand that if I am granted service-connected total disability benefits based on my unemployability. I must immediately inform the VA if I return to work. I also understand that total disability benefits paid to me after I begin work may be considered an overpayment requiring repayment to VA."

17.     Upon submission of the forms, the veteran will go through a VA medical examination called a Compensation and Pension Evaluation (C&P Eval). The VA uses the C&P Eval to gather evidence on a veteran's claimed condition before deciding and assigning a service-connected disability rating. During the C&P Eval, the veteran may produce additional evidence such as private medical records, VA outpatient records, employment records, or lay statements/testimony from friends, family members, or colleagues to support their disability claim. The VA will examine the evidence provided by the veteran, evidence or findings obtained during the medical examination, to decide if the veteran's disability claim is service-connected and the appropriate disability rating. All the evidence used to justify the disability rating and IU benefit is considered a "Right to Payment," meaning that the VA has reviewed the evidence and determined that the evidence provided during the C&P Eval process justifies the veteran's "Right to Payment" or Entitlement to Payment under the Service-Connected Disability Pension Program and IU Benefit Program.

18.     Entitlement to the IU benefit requires the veteran to be unemployable (unable to secure or follow substantially gainful employment) because of service-connected disability(ies). A veteran's award of IU disability compensation is subject to future adjustments upon receipt of evidence showing any change in the degree of disability. If evidence were discovered that would

be contrary to the veteran's eligibility for disability compensation or if false or misleading information was provided to the VA to obtain eligibility for disability compensation, then the entitlement could be removed, or the veteran could receive a decrease in disability rating.

19.     Before September 2018, VA beneficiaries were required to certify, on an annual basis, that any or all the eligibility factors which established entitlement to the benefits VA paid continue to exist. 38 CFR § 3.652 permitted the VA to send out VA Form 21-4140, Employment Questionnaire, to veterans receiving compensation at the 100 percent rate based on being unable to secure or follow a substantially gainful occupation because of the veteran's service-connected disability.

20.     The purpose of the VA Form 21-4140 Employment Questionnaire is to provide the VA with information to determine continued eligibility to compensation at a 100 percent rate based on IU. Veterans were to complete the VA Form 21-4140 Employment Questionnaire, sign the form in "Section IV – Authorization, Certification, and Signature," and return the form to the VA.

21.     In February 2019, VA sent letters to all VA beneficiaries receiving IU benefits, notifying them that the VA would no longer send annual Employment Questionnaires. Instead, the VA will use a data match process in conjunction with the Social Security Administration to identify beneficiaries receiving IU benefits who have earned wages above the poverty threshold. As a result, if your social security number is identified as possibly receiving wages, the VA reserves the right to examine the evidence pertaining to your wage activity and will make a determination to either continue or terminate VA IU benefit compensation.

22.     Contained in the letter to VA beneficiaries receiving IU benefits, the VA informed beneficiaries they have a "Duty to Report" any condition affecting their "Right to

Payment" to the VA immediately. Failure to notify VA of changes may result in overpayments that must be returned to VA. Those changes would include evidence or change in military pay or workers' compensation, change in dependents, hospitalization, incarceration, lack of cooperation, or fraud/lying to the government.

**Facts Supporting Probable Cause**

23.    Jeremy Wayne HARRELL served in the United States Army from February 2, 2003, to April 29, 2004, with additional time served in the United States Army Reserve. On December 27, 2010, HARRELL filed a claim with the VA for Post-Traumatic Stress Disorder (PTSD). On January 10, 2011, HARRELL filed a claim with the VA for an increased evaluation for IU. On April 22, 2011, HARRELL was awarded a PTSD disability rating of 70 percent and was granted IU effective December 23, 2010. According to VA records, HARRELL residual address is 1608 Overlook Circle Shelbyville, KY[3]. In addition, HARRELL's personal bank records and VC's bank records have the same address as the VA. During the investigation, license plate checks were performed on two vehicles which HARRELL was an occupant of. Each vehicle was registered to HARRELL with 1608 Overlook Circle Shelbyville, KY listed as his residence.

24.    In October 2021, Affiant received a complaint that Jeremy HARRELL was committing VA Disability Fraud. The complaint stated HARRELL is the Chief Executive Officer (CEO) and Founder of a nonprofit organization called Veteran's Club Incorporated (VC) located (at the time of complaint, VC was located at 506 Bradshaw Street, Shelbyville, Kentucky 40065) at 4218 Shelbyville Rd Louisville, KY. The complaint claimed to be a former VA employee who currently operates a nonprofit. During the complainant's work with his nonprofit,

---

[3] Shelbyville, KY is located approximately 49 miles west of Lexington, KY and is within the Eastern District of Kentucky.

he worked on a project involving HARRELL and VC. The complainant claimed he learned HARRELL was a recipient of IU benefits. Based on the complainant's knowledge of IU benefits obtained while employed at the VA and the complainant's firsthand work experience with HARRELL, the complainant believed HARRELL's actions rose to the level of VA Disability Fraud.

25.     On November 9, 2022, Affiant conducted a database search on the Commonwealth of Kentucky Secretary of State's website and discovered that HARRELL filed Articles of Incorporation of VC on January 28, 2019.

26.     Affiant conducted a database search on Tax Exempt Organizations on the United States Internal Revenue Service's (IRS) website and discovered that VC was awarded a Section 501 (c)(3) organization status on May 30, 2019, with an effective date of exemption of February 5, 2019. In addition, VC had filed two years of tax returns, commonly referred to as IRS Form 990 Return of Organization Exempt Form Income Tax (Form 990) for the calendar years of 2019 and 2020. According to both Form 990 for 2019 and 2020, HARRELL is listed as the Principal Officer and President of VC and works an average of 60 hours a week at VC. According to the IRS's definition of full-time employee, is an individual, for a calendar month, has been employed on average of at least 30 hours of service per week, or total 130 hours of service per month. HARRELL's hours worked at VC exceeds full time employment levels.

27.     Affiant conducted an open-source search for HARRELL and discovered he has social media accounts on Facebook, Instagram, and Twitter.  Across all platforms, HARRELL describes himself as the Founder and CEO of VC. Each social media account contains multiple posts of HARRELL conducting public speaking events, interviews on local and national news

media outlets, and meeting with public officials to promote VC's work for the veteran community in the Louisville Metropolitan Area and Kentucky.

28.     According to HARRELL's Instagram account, HARRELL was actively working on starting his nonprofit organization VC. Affiant identified approximately 22 posts that showcased HARRELL conducting work, events, interviews, and networking in support of VC. The earliest Instagram post was on January 3, 2018. In this post, HARRELL was interviewed by National Broadcasting Company (NBC) WAVE 3 News, which identifies HARRELL with the Louisville Veteran's Club. 2018 Instagram posts showed HARRELL meeting with Louisville Mayor candidates, Louisville City Council Members, Kentucky Governor, and US Congress Representatives, along with multiple publications with news media outlets featuring HARRELL as the founder of Veteran's Club and numerous speaking engagements showcasing HARRELL speaking in front of larger groups. In October 2018, HARRELL won the Kentucky Living: Kentucky Veteran of the Year Award.

29.     According to HARRELL's Instagram post in 2019, the affiant identified approximately fifty-five posts showcased HARRELL conducting events, live and recorded interviews, attending large attendance events, and receiving awards for his work at VC. Instagram posts throughout 2019 show HARRELL meeting with Kentucky Mayors, US Congress Representatives, presenting awards to veteran organizations, working on the Veteran Community Alliance of Louisville board, conducting multiple interviews with local media outlets, throwing out the first pitch at Major League Baseball (MLB) events, receiving awards for recognition of his work at VC, attending speaking events as the keynote speaker, teaching classes within correctional facilities, accepting donations on behalf of VC, advertising podcast which HARRELL was a guest speaker,  and multiple publications to include a front-page

magazine article in Bullitt County featuring HARRELL entire family. The article's name is "The Harrell Family – Doing Life Together / Honoring Jeremy Harrell – Kentucky Veteran of the Year 2019."

30.     In December 2019, an Instagram post showed that HARRELL and VC attended the 6th Annual Veterans Award Gala in Washington, DC, where they received the Patriot's Award[4]. Louisville Spectrum News 1 covered the event and interviewed HARRELL.  In the article, HARRELL stated, "I can't sit around any more big tables and listen to these great ideas, and then nobody does the work. I want to take a leap of faith and do what I can." In addition, HARRELL announced that VC is working on a newly planned development for homeless veterans called Camp Restoration.

31.     A review HARRELL's Instagram account for 2020 posts, the affiant identified a total one hundred thirty-six Instagram posts showing HARRELL conducting activities in support of VC. Instagram posts throughout 2020 showcased HARRELL conducting numerous media interviews with Louisville WDRB, Louisville WHAS 11, Louisville WTVQ, News Radio 840 WHAS, 97.5 WAMZ, Louisville WAVE 3 News, and Kentucky Spectrum News 1, CNN's Prime Time with Chris Cuomo, FOX & Friends First with Jillian Mele, Moxie Talk with Kirt Jacobs, Great Day Live, and various podcast. 2020 Instagram post showed HARRELL participated in filming events with Christian Broadcasting Network (CBN) and Kentucky Colonels. Louisville Business also identified HARRELL as one of "40 of Louisville's Top Leaders."

---

[4] The Patriot's Award is given to nonprofit organizations or individuals that have demonstrated positive, measurable impact in one or more the following areas: combating the unnecessary criminalization of mental illness and extended incarceration amongst veterans; facilitating access to veterans to the legal support and justice they, their families, and their caregivers deserve; and combating the increasing rate of homelessness amongst the veteran community.

32.     One particular post on January 27, 2020, HARRELL posted a photo of him being filmed and interviewed. The caption associated with his Instagram post stated, "People often ask me, Jeremy, who's your public relations person? I smile and say me. They are often surprised. I have no formal training in PR. My reputation, my work ethic to serve those who can do nothing for me, and the fact that I'm a doer, not a talker, intrigue those who have a career in reporting/storytelling. I have no formal training in running a nonprofit, nor do I have any formal training in developing a living community. Here's what I do have training in; leadership, ministry, fighting the silent battles of being a combat veteran, sharing the gospel to the broken-hearted, worshipping a god who says I can do anything through Christ who strengthens me, making enough mistakes to learn great lessons, being a relentless advocate for my brother's and sister's, never being afraid to bring up issues within the veteran community, and being trainable with a willingness to learn from others."

33.     Continuing with Instagram 2020 post, HARRELL received multiple awards or letters of acknowledgment from the Kentucky Derby Festival Amazon Community Champion Award, Louisville Metro Council, and US Congress Representatives. During 2020, HARRELL posted several posts regarding the groundbreaking and donor events of the VC's Camp Restoration Project.[5] HARRELL also attended academic training for entrepreneurship through the University of Louisville Business School. HARRELL participated as a member of Kentucky's Governor's Challenge to Prevent Suicide Among Service Members and the Veteran Community Alliance of Louisville.

34.     In June 2020, HARRELL posted a photo of a text message he received asking him to move to the Louisville area to run for office. The caption associated with this post states,

---

[5] Camp Restoration was a four-million-dollar project to construct 25 tiny homes, a community center, a barber shop, mental health services, and a non-denominational spiritual center.

"I've been getting quite a few of these messages. I sure do appreciate those who have this level of confidence in me. You never know what the future holds. I've been staying as far away from politics as I can because I don't want to overshadow the work I do, but if no one is going to actually lead, it could be time."

35.    In July 2020, HARRELL posted a photo of an office with the caption, "It's a new era for @veteransclubinc. I've personally transitioned from operating solely out of my home office to an actual office that could support the tremendous growth the org has experienced over the last couple of years."

36.    A review of HARRELL's Instagram posts for 2021 showcased HARRELL continuing to interview with local news media outlets, including Louisville WRDB, WAVE 3, Louisville WLKY, Louisville WHAS 11, Spectrum 1, Lexington WLEX 18 News, Charleston (South Carolina) ABC News 4, and multiple podcast. In addition, HARRELL was featured in a television special with the A&E Television Network's History Channel regarding HARRELL's work with VC and their Equine Therapy Program[6].

37.    According to the 2021 Instagram post, HARRELL hosts many events at the VC Headquarters in Shelbyville, KY, and the Louisville Metro Area. HARRELL was also the keynote speaker at several events throughout Kentucky. Throughout 2021, HARRELL received awards or letters of recognition from Kentucky State Legislatures, the Kentucky Secretary of State, US Senate Representatives, the Kentucky Veterans Hall of Fame, veteran organizations, and Alcova Mortgage Hometown Hero.

---

[6] Equine therapy is an experiential treatment method that connects people and horses to enhance physical and emotional healing.

38.     On May 10, 2022, Affiant notified VA Veterans Benefits Administration (VBA) about HARRELL's activities with VC and inquired if HARRELL's actions warranted a reexamination of HARRELL's service-connected disability rating and IU eligibility.

39.     On May 18, 2022, VBA concluded the evidence that HARRELL had founded a nonprofit and was able to appear in news interviews and conduct speaking engagements would call into question whether HARRELL's PTSD signs and symptoms continued to cause deficiencies in most areas defined as Work, School, Family Relationships, Judgement, Thinking, and Mood. Thus, a reexamination was warranted based on the evidence of improvement in HARRELL's condition. The VA scheduled HARRELL's C&P Eval for 8 A.M. on September 7, 2022, at the Louisville VA Medical Center (VAMC).

40.     On September 6, 2022, Affiant and an additional VA OIG agent observed VC at 4218 Shelbyville Road, Louisville, KY 40207. While observing VC, Affiant identified a Red Dodge Ram Truck (KY License Plate: 7259FW) with a white VC decal on the driver's rear window. The license plate number on the Red Dodge Ram Truck was registered to HARRELL. In addition, Affiant identified HARRELL standing in the parking lot of VC, making a phone call. Upon completing his phone call, HARRELL entered the rear entrance of VC.

41.     On September 7, 2022, before HARRELL's scheduled C&P Eval, Affiant and additional VA OIG agents were stationed at observations post around the Louisville VAMC to observe HARRELL's actions during and after his appointment. Before HARRELL's arrival on the VA campus, at approximately 7:26 A.M., HARRELL called the C&P Eval office and left a message requesting a callback. At approximately 7:28 A.M., HARRELL arrived at the VA campus driving a Red Dodge Ram Truck with a white VC decal on the rear window. HARRELL arrived at the facility alone and without his service dog. HARRELL entered the VAMC briefly,

then abruptly left and proceeded to an outdoor seating area outside the VAMC entrance.

HARRELL remained at this location for approximately 30 minutes utilizing his phone and

making phone calls. At approximately 7:52 A.M., HARRELL leaves another message for the

C&P Eval office, claiming that he has felt ill since the day before and wants to reschedule his

appointment. At approximately 8:00 A.M., HARRELL returns to his truck and exits the VA

property. Affiant followed HARRELL to Jeffersonville, IN, and observed HARRELL enter the

Law Office of Karl Truman[7] (Truman). HARRELL remained in the Truman Law Office for

approximately ten minutes and left the law office alone in his truck. VA OIG agents lost sight of

HARRELL in Louisville. VA OIG agents attempted to regain HARRELL's whereabouts at VC

and his residence in Shelbyville, KY, but HARRELL was not found, leading to the observation's

termination. Later that day, HARRELL rescheduled his C&P Eval for the following week at 8:00

A.M. on September 14, 2022.

  42.  On September 14, 2022, before HARRELL's C&P Eval, Affiant and additional

VA OIG agents were stationed at observation posts around the Louisville VAMC to observe

HARRELL's actions during and after his appointment. At approximately 7:25 A.M., HARRELL

entered the VAMC with his service dog and a woman matching the description of his wife, Erin

Harrell. HARRELL conducted his C&P Eval with VA employee, Supervisory Psychologist in

Compensation and Pension Service, Dr. Norma Marsano.

  43.  While HARRELL was conducting his C&P Eval, VA OIG agents searched the

parking lot for HARRELL's red Dodge Ram Truck. VA OIG agents could not locate

HARRELL's truck but did locate a black Kia Sorento SUV (KY License Plate: 8286HL) with a

VC decal logo in the rear window. The Kia Sorento was registered to HARRELL.

---

[7] Karl Truman is a personal injury and disability attorney. Karl Truman is also an active member of the Veteran's Club and has hosted several events for HARRELL

44.     At approximately 11:17 A.M., HARRELL concluded his C&P eval and left the

VA campus with his wife and service dog. HARRELL, his wife, and his service dog enter the

black Kia Sorento. VA OIG agents followed HARRELL. VA OIG agents observe the black Kia

Sorento drive to a parking lot belonging to the "Da Vinci Room Event Space[8]" approximately 2

miles from the Louisville VAMC. VA OIG agents positioned around the parking lot to observe

HARRELL.

45.     At 11:52 A.M., HARRELL's wife was observed exiting the parking lot.

HARRELL followed behind her, driving his red Dodge Ram Truck (KY License Plate:

7259FW). At this time, VA OIG Agents believe HARRELL noticed he was being followed as

HARRELL drove through a red light. VA OIG agent eventually caught up with HARRELL, and

HARRELL abruptly conducts a turn to reverse his direction of travel. VA OIG agents terminated

the observation due to safety concerns caused by HARRELL's erratic driving behavior.

*VA's Compensation and Pension Evaluation*

46.     On September 16, 2022, Dr. Marsano completed her report regarding

HARRELL's C&P Eval.  Dr. Marsano noted during the C&P Eval, she conducted a Minnesota

Multiphasic Personality Inventory – 2 Revised Form (MMPI-2RF) questionnaire on HARRELL

to determine the severity of his PTSD symptoms.

47.     According to Dr. Marsano's evaluation report, HARRELL responses to MMPI-

2RF were considered "invalid and uninterpretable due to endorsing an excessive number of

responses that are infrequent in the general population. Furthermore, on additional symptom

validity measures associated with overreporting difficulties, he (HARRELL) endorsed a much

---

[8] Mellwood Art Center owns the Da Vinci Room. Mellwood Art Center rents event space to customers to utilize
their space for special occasions such as weddings, work functions, and more. At the time, HARRELL and his wife
were in the parking lot. The Da Vinci Room was closed, and no event was taking place.

larger than the average number of somatic symptoms rarely described by individuals with genuine medical problems, a very unusual combination of responses that are associated with noncredible reporting of somatic and/or cognitive symptoms, and a very unusual combination of responses that is strongly associated with noncredible memory complaints."

48.     During the interview portion of the C&P Eval, Dr. Marsano inquired about several topics, including but not limited to: Friendships & Social Functioning, Volunteer Work, Occupational History, Academic History, Avoidance Symptoms, and Problems with Concentration.

49.     According to Dr. Marsano's report section Friendship and Social Functioning, HARRELL reported that his PTSD causes him to lead a highly restricted life that limits his socializing ability. HARRELL stated, "I don't like crowded places," and added that he feels "a lot more comfortable" staying in his home. Dr. Marsano asked HARRELL if he was a member of any veterans' organizations. HARRELL stated, "I do some things with Veteran's Club…They have support groups. They do coffee, stuff like that." HARRELL was asked how frequently he participates in activities with veterans' organizations. HARRELL stated, "It is not a regular thing, just occasionally." HARRELL was asked about his participation in religious activities. HARRELL reported that he mainly watches church services over the Internet and, on occasion, will attend in-person church services with his wife. HARRELL denied participating in any church-sponsored social functions.

50.     HARRELL's statements are inconsistent with his social media post, local news stories, and public speaking events, as he is actively involved with VC's operations. According to an Instagram post from HARRELL on March 30, 2022, HARRELL claims he is taking a vacation to decompress and reconnect with his "tribe." HARRELL continued, "In four years, VC

has had over 950 events in which I attended all but maybe 10 of them. I have given up 330 Fridays, Saturdays, and Sundays just for our Equine Program alone." In addition, HARRELL's Instagram post shows that he is actively collaborating with fellow "partners" at Southeast Christian Church and traveling with the Men's Legacy Program to promote Christianity.

51.    According to Dr. Marsano's report section Volunteer Work, HARRELL reported that "occasionally I have volunteered" and described his volunteer work related to "veterans in treatment." HARRELL explained his volunteer work: "I have worked on a farm with horses to clean the stalls. I have talked with veterans and shared my story with them." HARRELL claimed he has volunteered with the Salvation Army and with VC. HARRELL was asked how frequently he volunteers, and HARRELL replied, "Usually when I have space between the kids. I try to help out when I can." HARRELL was asked how many times he had volunteered in the past thirty days. HARRELL reported that he had volunteered once, and it was at the beginning of August.

52.    HARRELL's statements are inconsistent with his social media posts, local and national news stories, and publications. A list of HARRELL's activity has been documented according to HARRELL's Instagram account.

      a.  On August 1, 2022, HARRELL was interviewed by Spectrum News 1 about the recent flood in Eastern Kentucky.

      b.  On August 2, 2022, HARRELL was interviewed on NewsNation's[9] Banfield Show, discussing the flood in Eastern Kentucky.

      c.  On August 3, 2022, HARRELL posted that he conducted his "weekly mentoring & teaching session for the Veterans in the Operation Valor Program."

---

[9] NewsNation is an American subscription television network owned by the Nexstar Media Group, and is the company's only wholly-owned, national cable-originated television channel.

d.  On August 4, 2022, HARRELL posted a video of him being interviewed by a local media outlet about his recent proposal to Kentucky State Legislatures, Interim Joint Committee on Veterans, Military Affairs and Public Protection about his proposal to improve school safety by hiring veterans as security guards. The interview shows HARRELL testifying before the committee regarding the proposal.

e.  On August 9, 2022, HARRELL was featured in TOPS Magazine August '22 Edition as the CEO and Founder of VC.

f.  On August 9, 2022, HARRELL posted a picture of his service dog with the caption, "I took Mischa to the office today. However, only one of us is relaxing."

g.  On August 16, 2022, HARRELL was a guest on the Brian Tally Podcast. During the interview, HARRELL talks about all the programs VC offers and how their programs can help veterans, first responders, and healthcare workers. During the podcast, HARRELL states that he is a busy person with very few days off. HARRELL claims he likes to be busy and have a mission that requires him to get to work early and stay late because he likes helping people.

h.  On August 16, 2022, HARRELL was interviewed on Real America's Voice[10] with Anna Perez.

i.  On August 19, 2022, HARRELL posted that he received a notification that he had been named a recipient of the "prestigious Bell Award." HARRELL

---

[10] Real American Voice is an American 24/7 news and entertainment network.

wrote, "This award is revered as the premier volunteer recognition event for

recipients' contribution of time, talent, and treasure to make the city of

Louisville a better place to live, work, and play."

j. On September 6, 2022, HARRELL posted a picture that his service dog,

Mischa, was featured in "Paw Print – The Nation's Largest Circulation

Magazine dedicated to owners of dogs and cats…The Magazine is from the

publisher of Better Home and Garden Magazine, People Magazine, and

Southern Living Magazine.

k. On September 9, 2022, HARRELL posted that he met with VC Ambassador

and Mrs. Kentucky Erica Hildreth for a horseback ride at VC's farm.

53.     During HARRELL's C&P Eval, HARRELL did not mention these activities,

awards or interviews that were posted on his Instagram account.

54.     According to Dr. Marsano's report section Occupational History, HARRELL was

asked if he was working, to which HARRELL replied no. Dr. Marsano followed up and asked

how long he had been unemployed. HARRELL stated, "Several years ago, well before I was

even rated as unemployable. It's been before any of the disability stuff, maybe 2007." Dr.

Marsano asked for the reason HARRELL has not been working. HARRELL replied, "I just don't

have the ability to perform…The lack of sleep. My inability to focus."

55.     HARRELL's statements about his inability to perform are inconsistent with his

social media activity and media interviews he conducted to support his non-profit. On November

16, 2020, HARRELL interviewed with "Moxietalk with Kirt Jacobs." The interview was

approximately 60 minutes and discussed several topics relating to HARRELL's background,

mindset, and work at VC. During the Moxietalk interview, HARRELL was asked about his most

significant professional achievement. HARRELL stated overcoming his debilitating injuries from overseas. HARRELL noted that running a non-profit has many things to remember, but he refuses to quit. HARRELL claimed he had to "adapt and overcome a lot of obstacles" but refused to quit because he believes in his work. HARRELL was asked what his "ah-ha moment" was. HARRELL stated he left the VA hospital after being diagnosed with PTSD; he heard about all the things he wouldn't be able to do anymore. HARRELL claimed he heard the term "broken... you are going to have to do the best you can...take things easy for the rest of your life." HARRELL stated he didn't like these terms and said, "That's not how it is going to be for me. I am not broken." Jeremy claimed he wanted to help his fellow veterans develop their potential. HARRELL stated that he calls PTSD "Post Traumatic Growth" because veterans are resilient. HARRELL said he considers himself a leader, which requires him to lead by example, and by helping his fellow veterans, HARRELL becomes successful.

56.     Continuing with HARRELL's statements regarding his self-proclaimed inability to perform, social media posts indicate that he continuously speaks at events as a keynote speaker about veteran issues and his work at VC. HARRELL often states that he considers himself a leader in the veteran community and works hard on behalf of veterans.

57.     According to VC's website, HARRELL's bio states, "Jeremy's (HARRELL) organization Veteran's Club INC has a nationally recognized Equine Facilitated Mentoring Program for Veterans and their families as well as Kentucky's first and only Tiny Home Community for Homeless Veterans. Jeremy is often called upon by both local and national media outlets to speak on Veteran issues, Social Issues, PTSD, Homelessness, Suicide Prevent, Foreign Policy, and more." Listed on VC's website, HARRELL's affiliation list is "Co-Chair – Veterans Community Alliance of Louisville, Team Lead – Governor's Challenge Team Suicide

Prevention, Community Influencer – City of Louisville Synergy Project, Supervising Team Leader – Mighty Oaks Warrior Programs, Member – VA Mental Health Summit Planning Committee, Advisor – VA Whole Health Steering Committee, Advisor – Mayor's Week of Valor Planning Committee, and Security – Men's Ministry Southeast Christian Church."

58.     According to Dr. Marsano's report section Avoidance of Symptoms, HARRELL was asked if he avoids particular activities because of feelings and memories of trauma. HARRELL reported that he has avoided going camping because it is hot outside and hot weather reminds him of Iraq. HARRELL also claimed that he avoids places where "there can be chaos," such as Disneyland and events that memorialize soldiers lost in war. HARRELL was asked to provide examples of when he has engaged in this type of avoidance over the past thirty days, he mentioned not doing anything on 9/11 because he did not want to think of the day.

59.     HARRELL's statements are inconsistent with his social media post and his actions. On September 8, 2019, HARRELL spoke at the 9/11 Memorial and Honoring Event. The post showed HARRELL speaking in front of several hundred people, hosting a booth at the event, shaking hands, and talking with people supporting VC. On September 11, 2022, HARRELL posted several photos of him handing out 200 meals to people experiencing homelessness and conducting a news interview at a Veteran's Memorial. On September 11, 2021, HARRELL posted that he was inducted into the Kentucky Veteran Hall of Fame. On September 11, 2022, HARRELL went to the Minor League Baseball Louisville Bats home game and threw the ceremonial first pitch. On September 23, 2022, HARRELL attended the Louder than Life Musical Festival in Louisville, which broke attendance records with 170,000 fans. HARRELL posted several pictures of him with Slipknot band member Corey Taylor. HARRELL post caption stated, "Big Shout out to Corey Taylor of Slipknot for starting the Taylor Foundation and

choosing Veteran's Club to partner with to help put focus back on mental health for Veterans and First Responders. We get incredible opportunities because we do incredible things. Thanks to WDRB News and Scotty Reynolds for stopping by."

60.    According to Dr. Marsano's report section Problems with Concentration, HARRELL reported that he has constant ruminative thoughts that distract him when reading or performing a task. HARRELL claimed that he will forget what he was going to say in the middle of conversations or what he was doing in the middle of a task, which "happens a lot." HARRELL stated that this has progressively worsened over the last 3 to 4 years.

61.    HARRELL's statements are inconsistent with his activity at VC, social media posts, and interviews he has conducted over the past four years. During the past four years, HARRELL has implemented several programs, construction projects, managed non-profit operations, received awards, and been recognized by political leaders. These actions would include but are not limited to.

62.    In 2018, HARRELL was awarded the "2018 Male Kentucky Veteran of the Year" by the Epilepsy Foundation of Kentuckian[11] for his work with VC, for which HARRELL was identified as the founder of VC.

63.    In 2019, HARRELL filed for Articles of Incorporation for VC, obtained IRS 501 (3)(c), received a commission to a Kentucky Colonel by Governor Matthew G. Bevin, and received a national award for their work associated with VC's equine therapy program.

64.    In 2020, HARRELL announced VC's intention to construct the nation's first tiny home community for homeless veterans called Camp Restoration. Camp Restoration was a

---

[11] According to Epilepsy Foundation's website, the Epilepsy Foundation, in collaboration with our community and network partners, connects the people, data and resources needed to address challenging health problems associated with seizures and the epilepsies and promotes the education, policy, research and systemic change.

multi-million-dollar project involving federal, state, and city agencies. Later in 2020, HARRELL announced that VC's equine therapy program would be expanded to include first responders and healthcare workers who need assistance during the COVID-19 pandemic. In November 2020, HARRELL announced a new program for VC called Operation Jeep Build[12].

65.     In 2021, HARRELL announced that VC would take over "Vet Village" operations in Shelbyville, KY, in collaboration with Awake Ministries, Veterans Rural Outreach, and CrossRoads Mission. HARRELL stated that Vet Village would run concurrently with Camp Restoration. In addition, HARRELL received a Congressional Record by Senator Rand Paul for HARRELL's "tremendous dedication" as the founder of an all-volunteer organization VC and was inducted into the Kentucky Veterans Hall of Fame.

66.     In 2022, HARRELL announced that VC collected donations and traveled to areas impacted by the floods in Eastern Kentucky. HARRELL traveled to these areas to provide aid while conducting media interviews during their humanitarian operations. HARRELL conducted a speech at the General George Patton Museum about "Servant Leadership" and received the WLKY's Bell Award, recognizing volunteers' contribution of time, talent, and treasure. In addition, HARRELL testified before the Kentucky State Legislators with the Interim Committee of Veterans, Military Affairs, and Public Safety to present his proposal to improve school safety within the Commonwealth of Kentucky. HARRELL conducted a ribbon-cutting ceremony announcing the VC's new headquarters in St. Mathews, KY. In September 2022, HARRELL announced that VC would partner with Taylor Foundation to focus on mental health for Veterans and First Responders. In November 2022, HARRELL co-authored a publication in the American Jails Magazine for his work in "partnership with Louisville Metro Corrections." In the article,

---

[12] Operation Jeep Build is a vocational training program focusing on automotive repair taught to veterans by ASE certified Mechanics.

HARRELL claims he conducts weekly groups and begins to build connections with individuals inside the jail. The article states that HARRELL can be contacted for information by emailing him at jharrell@veteransclubinc.org.

67.     After Dr. Marsano's C&P eval, Affiant interviewed Dr. Marsano to obtain details about HARRELL's C&P Eval. According to Dr. Marsano, HARRELL appeared to be very nervous and suspicious of the C&P Eval. Dr. Marsano explained that she administered the MMPI-2RF test because HARRELL had never been administered a test to determine the level of severity and consistency of his PTSD symptoms. Dr. Marsano stated that HARRELL's test results indicated a severe degree of exaggeration that an evaluator could "not trust" HARRELL's response to test questions. Dr. Marsano said that HARRELL was very forthcoming in the interview except for questions involving his volunteer and work activities. Dr. Marsano described HARRELL's responses in these areas (volunteer and work activities) to be vague and would require multiple follow-up questions to obtain the necessary information needed to answer the questions. Dr. Marsano claimed HARRELL gave the impression that he did very little volunteer work.

68.     Affiant presented Dr. Marsano with several news articles, social media posts, awards, and activities conducted at VC. Dr. Marsano stated that none of the information provided by Affiant was discussed during HARRELL's C&P Eval. Dr. Marsano noted that this would have been relevant information needed for her evaluation. Dr. Marsano stated she would have changed her opinion of HARRELL's level of mild inability to work with co-workers and supervisors to having "no evidence of any impairment" because it seemed HARRELL has a high level of interpersonal skills and "seems to be good at it." Dr. Marsano stated that HARRELL's

unemployability rating is inconsistent with the information provided by the Affiant regarding HARRELL's activity.

69.     In December 2022, VBA requested Dr. Marsano to provide an addendum to her C&P Eval report. On December 20, 2022, Dr. Marsano filed her addendum to her C&P Eval Report, including some of the following statements below, but not limited to.

70.     "HARRELL stated in the C&P Eval that he leads a highly restrictive life. Specifically, he reported that he does not attend crowded places, avoids social gatherings, and feels much more comfortable staying at home. The new evidence depicts HARRELL being interviewed by national and local news organizations. These interviews how him telling the interview host that he meets with veterans on a frequent basis for a variety of events and services hosted by his organization, attends festivals sponsored by his organization, attended an award ceremony in DC attended by US legislators, has been a keynote speaker on at least one occasion, has attended a gala on at least one occasion, meets with potential sponsors of his organization on frequent basis, and has had discussions with the Mayor of Louisville. The new evidence also show HARRELL stating that he travels around the country several times a year to host retreats and talk to veterans dealing with combat trauma and to teach classes on "authentic manhood." The new evidence also depicts HARRELL speaking at the Kentucky State Capitol in front of Kentucky legislature."

71.     "HARRELL stated in the C&P Eval that he engages in volunteer work about once a month, and most recently about 45 days prior to the C&P Eval. The new evidence shows that HARRELL is the CEO and director of a highly successful, award winning, non-profit organization that provides a variety of services to veterans. These services include social gathering for the housing community for veterans, a weekly equine therapy program, a weekly

virtual social gathering for veterans, monthly creative writing and storytelling sessions, monthly

cookouts, a Warrior Woman's program, a family advocacy program, a life skills program for

veterans who are in residential substance use programs or serving terms in prison, and a variety

of advocacy events for veterans."

72.     "HARRELL stated in the C&P Eval that his PTSD impairs his ability to carry out

a variety of activities of daily living, including maintaining hygiene and completing the

household task and errands that are relegated to him. The 14 videos that are part of the new

evidence consistently depict HARRELL as well dressed and with good hygiene. The new

evidence depicts HARRELL as extremely busy running a highly successful, well-organized,

non-profit organization."

73.     "HARRELL described himself as having various difficulties with social

interactions. He described himself as lacking in empathy and compassion. He stated that he is a

loner who is socially withdrawn. He described himself as being very distrustful of people. In the

new evidence, HARRELL is shown making numerous empathic and compassionate statements

about veterans and people who are in distress. He comes across as an articulate and effective

communicator who is able to develop easy rapport and connect well with the people who

interview him. He is described as meeting regularly with potential sponsor for his non-profit

organization. He talks about being a teacher and leader for veterans. The success of HARRELL's

organization suggest that he has highly developed social skills and is remarkably effective at

networking and building a community."

74.     "HARRELL is considered fully capable of managing funds in his own best

interest. The service-connected PTSD does not impair his ability to understand and follow

instructions. The service-connected PTSD does not impair his ability to retain instructions or

sustain attention in simple tasks, nor does it cause any impairment in sustaining concentration on complex task. The service-connected disability PTSD causes no impairment in task persistence and pace. The service-connected PTSD causes no impairment in his ability to respond appropriately to coworkers, supervisors, or the general public. The service-connected PTSD causes no impairment in his ability to respond appropriately to changes in the work setting. The service-connected PTSD does not cause any impairment in his ability to carry out tasks in either physical or sedentary workplace settings.

*Investigative actions after C&P Evaluation*

75.     Affiant began conducting interviews of former VC board members identified on VC's IRS 990 forms. All identities of board members interviewed are known to the Affiant and will be referred to in this application as to their initials.

76.     WD stated that he worked closely with HARRELL during the Camp Restoration Project. WD said that HARRELL was entirely in charge of the project. According to the WD, HARRELL raised a lot of money supporting Camp Restoration. However, HARRELL controlled all financial aspects of VC and, therefore, never knew if the funds raised met the needs of Camp Restoration. WD was asked why the VC board didn't request access to these financial records as part of their fiduciary duties. WD stated that VC's board operates at the direction of HARRELL, and if any board member disagrees with him, the board member will eventually be removed from VC. WD claimed VC is "all about Jeremy Harrell and not about helping veterans."

77.     WD was asked about any financial compensation HARRELL might receive due to his VC work. WD stated that HARRELL once told him that a non-profit organization called Mighty Oaks Foundation offered to pay HARRELL **$1,000 per trip** for his lectures at Mighty

Oaks Foundation. According to WD, HARRELL stated he didn't want the money and refused payment because it would violate his VA compensation benefits.

78.     Affiant was aware of HARRELL's activities at Mighty Oaks Foundation because of HARRELL's social media post. HARRELL has posted many photos of him speaking in front of groups supporting Mighty Oaks Foundation, discussing various topics such as leadership and "what it looks like to be a man of character." In addition, WD statements indicate that HARRELL can receive compensation for his time and work but refuses the compensation to maintain his VA benefits.

79.     In addition, WD stated that while he was a board member, he and HARRELL had an email account with VC. WD claimed HARRELL's email address was jharrell@veteransclubinc.org. WD noted that another board member W.S. set up the email addresses as part of her job at VC.

80.     Affiant reached out to WS to inquire about her activities at VC. WS confirmed she was a former board member of VC. WS stated she worked closely with HARRELL as he helped her set up the Women Warrior Program within VC. WS claimed HARRELL works 12-14 hours daily and expects his board members to do the same. WS stated that HARRELL strives for "top-notch performance" in his work.

81.     WS confirmed the creation of all the email accounts for the board members at VC, including HARRELL. WS claimed she used www.godaddy.com to set up the domain name and email accounts for VC.

82.     Affiant spoke with WA to inquire about his activities at VC. WA stated that HARRELL approached him to join VC because HARRELL needed help with the financial

recordings of VC. According to the WA, HARRELL told him that all the "financial stuff was in his head" and that he needed help organizing the financial records of VC.

83.    WA stated that there was no financial information or recording when he started at VC. As a result, WA requested documents, records, invoices, and receipts to accurately reflect the VC's financial position. WA claimed HARRELL refused to provide documents. WA stated that he struggled with HARRELL's methods regarding financial record keeping because HARRELL wanted to tell WA what the numbers were, and WA was supposed to create the financial reports based on what HARRELL said.

84.    WA stated that it is common practice for non-profit organizations to conduct audits on their financial records to ensure the funds donated to the organization are appropriately utilized and provide transparency to donors. WA wanted VC to audit their financial records because he believed there were compliance issues at VC. HARRELL opposed the audit. As a result, an audit was never performed while WA was involved with VC.

85.    WA stated this was not the only instance he disagreed with HARRELL. WA claimed a lot of the information regarding Camp Restoration should have been notified to the board, and it was common to find the information or news through social media posts or third parties. WA stated that VC received a land donation in support of Camp Restoration, and without notice, HARRELL sold the land. WA believed this action was unethical and said HARRELL should have informed the board of what was to be done with the land sale[13].

86.    WA stated HARRELL was notified to stop his consistent television interviews because HARRELL's opinions regarding international issues are not the role of VC and could

_____

[13] The sale of the land donated for Camp Restoration was approximately $250,000.

paint VC in a bad light. WA stated that HARRELL refused to stop and always agreed to any interview.

87.    WA recalled a board meeting when HARRELL notified the board that he could not receive payment for his work because it would "violate his disability." WA claimed this statement made him think about why HARRELL could work for hours at VC and claim he isn't working. WA stated it made him uneasy and was one of the many reasons he decided to leave VC.

88.    WA claimed that while he was with VC, the board members were provided an email address from the VC to conduct VC business.  WA stated he had received multiple emails from HARRELL from his VC account, jharrell@veteransclubinc.org.

89.    WA provided approximately eleven emails sent by HARRELL to WA The context of the emails was about VC business operations. HARRELL discussed upcoming board meetings, the use of VC funds, applications to grants, application process to volunteer, requirements of board members, travel for board development trips, and request for help with IRS Form 990. In addition, HARRELL's signature line states "Jeremy Harrell Founder / Chairman – Veteran's Club, Co-Chair – Veterans Community Alliance of Louisville, Kentucky Veteran of the Year."

90.    On March 2, 2023, Affiant went to VC's website (www.veteransclubinc.org) and discovered that VC's home page displayed a YouTube video of HARRELL being interviewed by a VA employee in a video segment called "Vet Resources in 5" (https://www.youtube.com/watch?v=oA1b_eKvG78). The VA's official YouTube Channel posted the video. In the interview, HARRELL described all the programs VC offers veterans

including a nationally recognized program called Equine Facilitated and Mentoring a form of

Equine Therapy.

91.     Affiant reached out to the VA Management Analyst with the Veteran Experience

Office (VEO), Katie Hoit (Hoit), who interviewed with HARRELL in the "Vet Resources in 5"

video.  Hoit stated that VC is part of the VA's Peer-to-Peer Mentorship Program, in which the

VA connects veterans with local organizations for additional resources. Hoit claimed she

conducted several meetings with HARRELL regarding VC programs and communicated with

him over the phone and via electronic mail (email).  Hoit provided the Affiant with the email

correspondence.  HARRELL communicated with Hoit via email address

jharrell@veteransclubinc.org.  The context of the emails was coordinating a time to conduct the

VR5 interview and providing the web link for the recording platform.

92.     Affiant conducted an open-source database check for the service provider

registered to HARRELL's VC email account. The service provider was listed as Rackspace Inc.

93.     Affiant has probable cause to show that HARRELL provided false statements to

the VA during his C&P Eval regarding his work activity at VC, volunteer activity, and his

personal life activity that would have been relevant information needed by the VA to make a

determination regarding his service-connected disability and IU benefit. Affiant has probable

cause that shows HARRELL is conducting VC business at substantial gainful employment levels

and is capable to work at these levels.

94.     Based on Affiant's research, HARRELL's email content is on a server with

either **Rackspace Inc** or **GoDaddy Inc**. According to WS's statements, VC's email account was set up

on **GoDaddy Inc**. In addition, Affiant contacted the VA OIG's Cyber Investigation and Technical

Operation Division (CITOD) to conduct an inquiry into HARRELL's email service provider. According

to VA OIG's CITOD, HARRELL's email service provider is **Rackspace Inc**. As a result of the two

possible serves that provide service to HARRELL's email account at VC, Affiant will serve a warrant on each entity to obtain HARRELL's email content.

## Email Generally

95.     In Affiant's training and experience, Affiant has learned **Rackspace Inc and Go Daddy Inc** (the "providers") offers a variety of online services, including email access, to the public.  It allows subscribers to obtain email accounts at the domain **Rackspace Inc & GoDaddy Inc**, such as the account listed in Attachment A and Attachment B.  Subscribers obtain an account by registering with the provider.  During this process, the email provider asks subscribers to provide basic personal information. Therefore, the computer of **Rackspace Inc and Go Daddy Inc** is likely to contain stored electronic communication (including retrieved and unretrieved emails) and information concerning subscribers and their use of email provider services, such as account access information, email transaction information, and account application information.  In Affiant's training and experience, such information may constitute evidence of the crimes under investigation because it can be used to identify the account's user of users.

96.     In Affiant's training and experience, Affiant has learned that email providers generally ask subscribers to provide certain personal identifying information when registering for an email account.  Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and for paying subscribers, means and source of payment (including any credit or bank account number). In Affiant's training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on Affiant's training and experience, Affiant knows that even if subscribers insert false

information to conceal their identity, this information often provides clues to their identity, location, or illicit activities.

97.    In Affiant's training and experience, email providers typically retain certain transactional information that can include the date on which the account was created, the length of service, records of login (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account.  In addition, email providers often have records of the Internet Protocol address (IP Address) used to register the account and the IP addresses associated with particular logins to the account.  Because every device that connects to the internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account.

98.    As explained herein, information stored in connection with an email account may provide crucial evidence of the circumstances (the "who, what, when, where, and how") of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, to exclude the innocent from further suspicion. In your Affiant's training and experience, the information stored in connection with an email account can indicate who has used or controlled the account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" in executing a search warrant at a residence.  For example, email communications, contact lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time.  Further, information maintained by the email provider can show how and when the account was accessed or used.  For example, as described below, email providers typically log the Internet Protocol

(IP) addresses from which users access the email account along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (e.g., Location information integrated into an image or video sent via email). Last, stored electronic data may provide relevant insight into the email account owner's state of mind as it relates to the offense under investigation. For example, information in the email account may indicate the owner's motive and intent to commit a crime (e.g., communications relating to the crime) or consciousness of guilt (e.g., deleting communications in an effort to conceal them from law enforcement).

99.    WHEREFORE your Affiant respectfully requests the Court issue a warrant to search the account identified in Attachments A and Attachment B, and a warrant on **Rackspace Inc & Go Daddy Inc**, who will then compile the requested records at a time convenient to them, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

FURTHER YOUR AFFIANT SAYETH NOT.

/s/ Remington Schilling

Remington Schilling
Special Agent, VA OIG

Transmitted via email and attested to by telephone in accordance with the requirements

of Fed. R. Crim. P. 4.1 before me on this __22__ day of _____May_____ .

_____
HONORABLE MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE